IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: 2:21-MJ-002-JTA |
| | ) |
| JIMMY WAYNE HAMMONDS | ) |

**WAIVER OF PERSONAL APPEARANCE AND CONSENT
TO CONDUCT INITIAL APPEARANCE AND SUBSEQUENT HEARINGS
BY VIDEO TELECONFERENCE**

Due to outbreak of Coronavirus Disease 2019 (COVID-19), which has resulted in the President of the United States' declaring a national emergency and the Governor of Alabama's declaring a state public health emergency, and pursuant to Rules 5(f) and 10(c) of the Federal Rules of Criminal Procedure, the Defendant hereby waives the right to attend his initial appearance in person and consents to having the initial appearance and any subsequent hearings in this district conducted by video teleconference. I further understand that I have the right to attend a detention hearing in person, pursuant to 18 U.S.C. § 3142(f). Based on the outbreak of the virus and necessary health precautions, I consent to have that hearing, and all further hearings, conducted by video teleconference as well.

X _(signed) Jim Hammonds_      1/11/21
DEFENDANT'S SIGNATURE      DATE

_(signed)_      1/11/21
ATTORNEY FOR DEFENDANT      DATE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*s/Christine A. Freeman*
**Christine A. Freeman**
TN BPR 011892
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org